■ MIDLAND INSURANCE COMPANY, Respondent-Appellant, v SOL GOLDMAN et al., Appellants-Respondents, PAUL KRANTZ & Co., Respondent-Appellant, and ELISABETH BEAUGRAND et al., Respondents.—Appeal and cross-appeals from an order of the Supreme Court, New York County, entered on or about June 14, 1989, which appeal was heard by the Court on January 25, 1990, are marked "off the calendar," subject to a motion for restoration thereto. No opinion. Concur—Wallach, J. P., Kupferman, Asch and Rubin, JJ.